# PD-1445-15

WR-83,766-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 06 2015

Abel Acosta, Clerk

EX PARTE ERIC MOLINA

IN THE COURT OF

CRIMINAL APPEALS

AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

ERIC MOLINA V. THE STATE OF TEXAS

FROM APPEAL NO. 07-12-00411-CR

TRIAL CAUSE NO. 2011-431,388-A IN LUBBOCK COUNTY

## MOTION FOR EXTENSION OF TIME TO FILE P.D.R.

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, ERIC MOLINA, PETITIONER, AND FILES THIS MOTION FOR AN EXTENSION OF SIXTY (60) DAYS IN WHICH TO FILE AN OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION, APPELLANT SHOWS THE COURT THE FOLLOWING:

## I.

THE PETITIONER WAS CONVICTED IN THE 137TH DIST. COURT OF LUBBOCK COUNTY, TEXAS OF THE OFFENSE OF SEXUAL ASSAULT-ADULT IN CAUSE NO. 2011-431,388-A, STYLED STATE OF TEXAS VS. ERIC MOLINA. THE PETITIONER APPEALED TO THE COURT OF APPEALS, 7TH JUDICIAL DIST.

*E. Molina*

ERIC MOLINA, PETITIONER PRO SE
TX. DEPT OF CRIMINAL JUSTICE
PRICE DANIEL UNIT
TDCJ #1826923

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING MOTION FOR EXTENSION OF TIME HAS BEEN FORWARDED BY U.S. FIRST CLASS MAIL TO THE STATE PROSECUTING ATTORNEY AT PO BOX 13046 AUSTIN, TX 78711 ON 11-3-15.

*E. Molina*

## UNSWORN DECLARATION

I, ERIC MOLINA, TDCJ #1826923, BEING PRESENTLY INCARCERATED AT THE PRICE DANIEL UNIT IN SCURRY COUNTY, TX, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON 11-3-15.

*E. Molina*

ERIC MOLINA #1826923
938 S. FM 1673
SNYDER, TX 79549

ERIC MOLINA, PETITIONER PRO SE